**FILED**

MAY 0 2 2013


CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 12-40079 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| LEONARDO SOTO-HERNANDEZ, a/k/a Leonardo Soto Alvarado, a/k/a Leonardo Perez, a/k/a "Leo," a/k/a "Loco," | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant filed *pro se* a "motion to dismiss indictment or answer bill of particulars." Doc. 21. Because Defendant is represented by counsel, all motions must be made through his lawyer. *See United States v. Stanko*, 491 F.3d 408, 411 fn.2 (8th Cir. 2007); *United States v. Peck*, 161 F.3d 1171, 1174 fn. 2 (8th Cir. 1998). Accordingly, is is

ORDERED that Defendant's motion (Doc. 21) is DENIED.

Dated this 2 day of May, 2013.

BY THE COURT:

John E. Simko
United States Magistrate Judge